IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MORGAN JONES, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>JUDGE TECHNICAL SERVICES, INC.,<br><br>Defendant. | Civil Action No. 2:11-cv-06910<br><br>Judge Mitchell S. Goldberg<br><br>ORAL ARGUMENT REQUESTED |

## DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, and for the reasons expressed in the accompanying Memorandum of Law, which is incorporated herein by reference, Defendant Judge Technical Services, Inc. ("Judge") moves for partial summary judgment and respectfully requests that the Court grant judgment in its favor and against Plaintiff Morgan Jones as to Mr. Jones's claim under the Fair Labor Standards Act to the extent that it asserts a minimum wage-based theory of liability, as to Mr. Jones's claim for retaliation, and as to Judge's counterclaim for fraud.

Dated:  January 23, 2013

/s/  *Matthew J. Hank*
Matthew J. Hank (PA #86086)
Shelby R. Schwartz (PA #307407)
**LITTLER MENDELSON, P.C.**
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA  19102.1321
Attorneys for Defendant
Judge Technical Services, Inc.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 23rd day of January, 2013, I electronically filed the foregoing document with the Clerk of the Court using ECF.  Upon the electronic filing of a pleading or other document, the ECF system will automatically generate and send a Notice of Electronic filing to all filing users associated with this case.  Electronic service by the Court of the Notice of Electronic Filing constitutes service of the filed document and no additional service upon the filing user is required.

/s/ *Shelby R. Schwartz*
Shelby R. Schwartz