IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MORGAN JONES, Individually and on Behalf of All Others Similarly Situated, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 11-6910 |
| JUDGE TECHNICAL SERVICES INC., | : | |
| Defendant. | : | |

### ORDER

**AND NOW**, this 25th day of October, 2013, upon consideration of Defendant's "Motion for Sanctions Pursuant to Rule 37 in Respect to Declaration of Putative Expert Judith Kramer" (Doc. No. 83) and "Motion for Partial Summary Judgment" (Doc. No. 73); Plaintiffs' "Motion to Issue Notice to Similarly Situated Persons Pursuant to 29 U.S.C. §216(b)" (Doc. No. 67); and the parties' responses and replies, we find as follows:

- Defendant's motion for sanctions is **DENIED**, however the declaration of Judith Kramer is **STRICKEN**, as it constitutes a legal opinion. Defendant's request for fees and costs is also **DENIED**.

- Defendant's motion for partial summary judgment is hereby **DENIED**.

- Plaintiffs' motion to issue notice to similarly situated persons is hereby **GRANTED**. Plaintiff shall file an amended proposed notice within ten days

of the date of this order. Defendant may file a response within seven days thereafter.

**BY THE COURT:**

/s/ Mitchell S. Goldberg

_____

**Mitchell S. Goldberg, J.**