# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MORGAN JONES, Individually and on Behalf of All Others Similarly Situated,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| v. | : | No. 11-6910 |
| **JUDGE TECHNICAL SERVICES INC.,** | : | |
| **Defendant.** | : | |

## ORDER

**AND NOW**, this 6th day of August, 2014, upon consideration of Defendant's "Motion to Dismiss Claims of Opt-In Plaintiffs Demrow, Harris, Shah, Anepete, Govoni-Drygal, Givens-Walker, Chowdhury, Richtiger, and Wise for Lack of Subject Matter Jurisdiction or, in the Alternative, to Stay Pending Arbitration" (doc. no. 151) it is hereby **ORDERED** that:

- The motion is **GRANTED**; and

- The claims of Plaintiffs Demrow, Harris, Shah, Anepete, Govoni-Drygal, Givens-Walker, Chowdhury, Richtiger, and Wise are **DISMISSED** without prejudice to their ability to pursue their claims in arbitration.

                                                                    **BY THE COURT:**

                                                                    /s/ Mitchell S. Goldberg
                                                                    **Mitchell S. Goldberg, J.**